```
 1  McGREGOR W.  SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2780                    OK/HAV
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR.-S-05-032-DFL
                                 )
12            Plaintiff,         )  STIPULATION RE: SENTENCING
       v.                        )  BRIEFING SCHEDULE; PROPOSED
13                               )  ORDER.
    MICHAEL STEPHEN DAHL,        )
14                               )
              Defendant.         )  Date: September 1, 2005
15  _____)  Time: 10:00 a.m.
    _____)  Judge: Hon. David F. Levi
16
```

This case was originally set for judgment and sentencing on July 14, 2005. Due to her vacation schedule, however, government counsel will not have sufficient time to prepare formal objections to the court, and respond to defendant's sentencing argument prior to the sentencing hearing. Counsel for the government is scheduled to be on annual leave from June 19, through June 12, 2005. Counsel for the defense also has vacation plans from July 25, through August 14, 2005. Accordingly, the parties, including the probation officer assigned to prepare the presentence investigative report in this case, have agreed the briefing schedule relevant to the defendant's sentencing should be extended in order to afford both

1

counsel ample time to prepare written memoranda for the court. The parties, therefore, agree that the final Presentence Report shall be distributed on June 16, 2005.  Shortly thereafter, but no later than June 30, 2005, the government will file it's sentencing memorandum and recommendation to the court.[1]  The defendant's sentencing memorandum and any defense motions shall be filed no later than July 25, 2005.  The government's response, if any, shall be filed no later than August 13, 2005. The defense will have until August 22, 2005 to file any reply and sentencing will take place on September 1, 2005.

```
                                        McGREGOR W.  SCOTT
                                        United States Attorney

DATED:     June 2, 2005             By:    //s//
                                        LAUREL D. WHITE
                                        Assistant U.S. Attorney


DATED:     June 3, 2005                //s// by Laurel White
                                        w/permission of
                                        MARK REICHEL
                                        Attorney for Defendant
                                        MICHAEL STEPHEN DAHL
```

ORDER

   Good cause appearing,

   **IT IS HEREBY ORDERED** THAT the July 14, 2005, sentencing hearing date be vacated, and that this matter shall be set for judgment and sentencing September 1, 2005.   The government's sentencing memorandum shall be filed no later than June 30, 2005; defendant's sentencing memorandum or any defense motions shall be

---

[1] The government counsel will need to prepare it's sentencing memorandum prior to the distribution of the final P.S.R. due to her annual leave schedule and will have her legal assistant file the memorandum in her absence.

1 | filed no later than July 25, 2005; the government's response
2 | shall be filed no later than August 13, 2005; and any defense
3 | reply shall be filed no later than August 22, 2005.
4 | DATED: June 9, 2005

_____
DAVID F. LEVI
United States District Judge