1  McGREGOR W.  SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2780

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    CR. S--05-032-DFL
                                  )    CR. S-01-108-DFL
12              Plaintiff,        )
      v.                          )    GOVERNMENT'S EXPARTE MOTION TO
13                                )    DISCLOSE GRAND JURY TESTIMONY
   MICHAEL STEPHEN DAHL,          )    TO DEFENDANT AND COURT;
14                                )    PROPOSED ORDER.
                Defendant.        )
15                                )    DATE: September 1, 2005
                                  )    TIME: 10 a.m.
16 _____)    JUDGE: David F.  Levi

17      The government hereby respectfully requests that this court

18 order the limited disclosure of grand jury testimony to be used

19 at the sentencing hearing of Michael Dahl.  The purpose of the

20 testimony is to demonstrate that Dahl's victim sustained extreme

21 psychological injury and to support the imposition of a 4-level

22 enhancement to defendant's offense level pursuant to U.S.S.G. §

23 2A3.1(b)(1).  Accordingly, the government respectfully requests

24 that this court order the limited disclosure of the victim's

25 grand jury testimony so that it may be provided to the defense

26 counsel, the probation officer, and this court, prior to the

27 sentencing hearing.

28 ///

                               1

1    Pursuant to 18 U.S.C. § 3509(d)(1) all employees of the

2  government connected with a case involving a minor victim...,

3  employees of the court and the defendant and employees of the

4  defendant, including the attorney for the defendant and persons

5  hired by the defendant to provide assistance in the proceeding,

6  **shall** keep all documents that disclose the name or any other

7  information concerning a child in a secure place to which no

8  person who does not have reason to know their contents has

9  access.   Accordingly, as the grand jury testimony reveals the

10  name of the victim and other information concerning that minor

11  victim, any parties having access to such information shall

12  maintain it in a secure location.

13  Date: June 15, 2005                    Respectfully submitted,

14                                          McGREGOR W.  SCOTT
                                            United States Attorney

15

16                                          By_____
                                            LAUREL D.  WHITE
17                                          Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

2

1

**ORDER**

2        Upon Application of the United States of America and good

3   cause having been shown,

4        IT IS HEREBY ORDERED that the transcript of the Grand Jury

5   testimony of the minor victim in the above-entitled case may be

6   disclosed to the defendant counsel, the probation officer, and

7   the court.   All parties shall keep all documents that disclose

8   the name or any other information concerning the minor victim in

9   a secure place to which no person who does not have reason to

10   know their contents has access.

11   **IT IS SO ORDERED.**

12

13   **Dated: 6/17/2005**

14

15

16   _____

       **DAVID F. LEVI**
17     **United States District Judge**

18

19

20

21

22

23

24

25

26

27

28

3